FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY -9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CR. NO. 2:07CR105-MHT |
| v. | ) | [18 U.S.C. § 472] |
| | ) | |
| **DARNEZ PERRE BARLOW** | ) | **INDICTMENT** |
| | ) | |

The Grand Jury charges:

## COUNT 1

On or about June 2, 2006, in Montgomery County in the Middle District of Alabama, the defendant,

**DARNEZ PERRE BARLOW,**

with intent to defraud, did pass, utter, publish and sell, and did attempt to pass, utter, publish, and sell, and with like intent did keep in possession and conceal falsely made, forged, and counterfeited obligations of the United States, that is, seventy $100 Federal Reserve Notes, which he knew to be falsely made, forged, and counterfeited.

All in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_/s/_____
Foreperson

_/s/ Leura V. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_/s/ Chris Snyder_
CHRISTOPHER A. SNYDER
Assistant United States Attorney