IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr105-MHT |
| **DARNEZ PERRE BARLOW** | ) | |

### ORDER

Counsel for both the government and defendant Darnez Perre Barlow having orally informed the court that they do not object, it is ORDERED that sentencing, now set for December 17, 2007, is reset for January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 7th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**